**KURT BONDS, ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Attorneys for Defendant USAA Federal Savings Bank*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

-*-

| | |
|---|---|
| Charles D. Baker,<br><br>          Plaintiff,<br><br>vs.<br><br>USAA FEDERAL SAVINGS BANK,<br><br>          Defendant. | Case No. 2:19-CV-01008-JAD-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME FOR USAA FEDERAL SAVINGS BANK'S ANSWER**<br><br>**(FIRST REQUEST)** |

Defendant, USAA Federal Savings Bank ("USAA FSB") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LRCiv. 6.1, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant USAA FSB's time to answer, move or otherwise respond to the Complaint in this action is extended from July 9, 2019 through and including July 19, 2019. Defendant has retained undersigned counsel, who needs additional time to evaluate the allegations set forth in the Complaint. To that end, Defendant requests an additional 10 days to file their responsive pleading in this matter.

The purpose of this motion is not to cause undue delay, but is made to allow Defendant's counsel time to properly prepare a responsive pleading.

1          KB/86

WHEREFORE, the parties respectfully request this Court grant the Stipulation of Extension of Time for Defendant USAA FSB to File Answer, and enter an Order allowing it until July 19, 2019 to file a responsive pleading in this matter.

Dated this 8th day of July, 2019

**ALVERSON TAYLOR & SANDERS**

//S// Trevor R. Waite
**KURT BONDS.ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Attorneys for USAA Federal Savings Bank*

//S// David Krieger (with permission)
David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
dkrieger@hainesandkrieger.com
*Counsel for Plaintiff*

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated July 9, 2019

_____
**UNITED STATES MAGISTRATE JUDGE**