# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Charles D. Baker, III<br><br>    Plaintiff<br><br>v.<br><br>USAA Federal Savings Bank<br><br>    Defendant | Case No.: 2:19-cv-01008-JAD-NJK<br><br>**Order Closing Case** |

The local rules of this court provide that "[a]ll civil actions that have been pending . . . for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution by the court sua sponte . . . ."[1] The court filed an order on October 7, 2020, advising plaintiff that no activity had occurred for more than 270 days and the case would be dismissed under L.R. 41-1 unless action was taken by November 6, 2020.[2] The court's deadline has long since expired and more than 270 days have passed without any proceeding of record having been taken in this case.

IT IS THEREFORE ORDERED that Charles D. Baker, III's claims against USAA Federal Savings Bank are DISMISSED. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
July 23, 2021

---

[1] L.R. 41-1.
[2] ECF No. 21.